NEW YORK, NEW YORK 10036
(212) 354-4500

Fax: (212) 719-9072
www.friedmanwolf.com

EUGENE S. FRIEDMAN
WILLIAM K. WOLF
MICHAEL BAUMAN
WILLIAM ANSPACH

ABIGAIL R. LEVY
NATHAN V. BISHOP
AMIE RAVITZ
ERINN WEEKS WALDNER
ELISE S. FELDMAN
JAE W. CHUN
ANUSHA RASALINGAM

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.**

November 15, 2005

*Initial Conference is adjourned without date. SO ORDERED.*

*U.S.M.J. 11/15/05.*

BY ECF AND FAX (COURTESY COPY DOC. NO. 4)

The Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gary La Barbera, et al. v. Naroh Contracting, Inc.,
CV-05-3229 (KAM)(ARR)

Dear Judge Matsumoto:

We are counsel to Plaintiffs, the Trustees and Fiduciaries of the Local 282 Welfare, Pension, Annuity, Job Training and Vacation and Sick Leave Trust Funds, in the referenced action. We write to notify the Court that Defendant Naroh Contracting, Inc. has not filed an answer to the complaint, which was served July 14, 2005. Plaintiffs filed the return of service with the Court on November 11, 2005. Accordingly, Plaintiffs believe that the initial conference, scheduled for November 21, 2005 at 10:00 a.m., would not be productive and respectfully request that the Court adjourn the conference. We will move for a default judgment shortly.

Respectfully submitted,

Jae W. Chun (KC)

Jae W. Chun

cc: Naroh Contracting, Inc.

Author: JWC    Doc Number: 70697